UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 21-____ |
| | : | |
| v. | : | |
| | : | |
| LUCIA ROSE DiEMIDIO, | : | VIOLATION: |
| | : | 18 U.S.C. § 1001 |
| Defendant. | : | (Making a False Statement) |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**
(Making a False Statement)

1. At all times material to this Information, defendant **LUCIA ROSE DiEMIDIO ("DiEMIDIO")** was employed as a Contract Investigator of the United States Office of Personnel Management ("OPM"), an agency within the executive branch of the federal government and headquartered in Washington, D.C. She was assigned to the National Background Investigations Bureau ("NBIB"), formerly known as Federal Investigative Services ("FIS"), where her job was to conduct background investigations.

2. On or about May 26, 2017, in the District of Columbia and elsewhere, defendant **DiEMIDIO**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a Report of Investigation of a background investigation of

C.P., defendant **DiEMIDIO** represented that he had interviewed B.P. about C.P., when, in truth and in fact, defendant **DiEMIDIO** had not interviewed B.P. about C.P.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

          CHANNING D. PHILLIPS
          UNITED STATES ATTORNEY
          D.C. Bar Number 415793

By: _/s/ Joshua S. Rothstein_
       Joshua S. Rothstein
       Assistant United States Attorney
       N.Y. Bar Number 4453759
       555 4th Street, N.W., Fifth Floor
       Washington, D.C. 20530
       Office: 202-252-7164
       Joshua.Rothstein@usdoj.gov