IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUCIA ROSE DIEMIDIO<br><br>*Defendant* | Case No 1:21-cr-00196-TNM |

### NOTICE OF WITHDRAWAL OF APPEARANCE BY ASSISTANT U.S. ATTORNEY

The United States of America, through the undersigned counsel, respectfully submits this Notice of Withdrawal of Appearance by Assistant U.S. Attorney in the above-captioned case.

I, Joshua Rothstein, notified the United States Attorney's Office for the District of Columbia that I will be leaving the employment of the Department of Justice. Thus, I am no longer able to serve as counsel for the United States of America in the above-captioned case and request to be terminated from the docket.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/Joshua Rothstein
Joshua Rothstein
N.Y. Bar Number 4453759
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7165
Email: Joshua.Rothstein@usdoj.gov

1